**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00377-IM** |
| **v.** | **INFORMATION** |
| **JIAN ZHAO,** | **18 U.S.C. § 793(g)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Gather, Transmit or Lose National Defense Information)**
**(18 U.S.C. § 793(g))**

Beginning in or about November 2021 and continuing through March 2025, within the District of Oregon and elsewhere, defendant **JIAN ZHAO**, with others known and unknown, did knowingly and unlawfully conspire together and with each other to violate 18 U.S.C. § 793(b) by copying, taking, or obtaining a sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, document, writing, or note related to the national defense of the United States, including military computer equipment, hard drives, U.S. Army training materials, intelligence reports, and technical manuals, with the purpose of obtaining information respecting the national defense and with the intent or reason to believe the sketch, photograph, photographic

negative, blueprint, plan, map, model, instrument, appliance, document, writing, or note was to be used to the injury of the United States, or to the advantage of any foreign nation.

In violation of 18 U.S.C. § 793(g).

Dated: September 23, 2026

Respectfully Submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, D.C. #462662
Assistant United States Attorney
YIFEI ZHENG, N.Y. #5424957
CHRISTOPHER MAGNANI, M.D. #1512160075
Trial Attorneys
U.S. Department of Justice
National Security Division